UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-47-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO TRANSFER |
| | : | |
| JONATHAN IRVIN KOLK | : | |

THIS MATTER is before the Court on Government's Motion to Transfer the above-captioned case from the Western Division to the Southern Division, Eastern District of North Carolina. For good cause shown, the motion is GRANTED.

SO ORDERED this the __4__ day of March, 2011.

_____
Honorable James C. Dever
UNITED STATES DISTRICT JUDGE